1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

EZEKIEL TRAIVON BONDS,

Case No. C22-5522 RAJ-TLF

7
                        Plaintiff,

REPORT AND
RECOMMENDATION

8
        v.

9
TIMOTHY PILAND,

10
                        Defendants.

11      On July 19, 2022, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis

12  (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On August 31,

13  2022, the Court ordered plaintiff to show cause why the complaint should not be

14  dismissed for failure to state ca claim. Dkt. 6. The Court informed plaintiff that with

15  respect to his unlawful seizure claim and request for damages, he needed to clearly

16  identify and state the alleged wrong doing of each defendant he seeks to proceed

17  against in this suit. *Id.* at 3.

18      Given the identified deficiencies in the proposed complaint, the Court did not

19  grant Plaintiff's IFP application. Plaintiff was given until September 16, 2022, to show

20  cause why his complaint should not be dismissed or file an amended complaint. Plaintiff

21  has not responded to the Court's order to show cause. Accordingly, the undersigned

22  recommends that the Court DENY plaintiff's IFP application and dismiss his action

23  without prejudice for failure to prosecute.

24
25

REPORT AND RECOMMENDATION - 1

A plaintiff is not entitled to submit written objections to the Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle,* 152 F.3d 1113, 1114 (9th Cir. 1998)(per curiam). Denial of a motion to proceed IFP is an immediately appealable order. *Tripati v. Rison,* 847 F.2d 548, 548-549 (9th Cir. 1988). Under *O'Neal v. Price*, 531 F.3d 1146, 1151-1156 (9th Cir. 2008), the complaint should be dismissed without prejudice.

Dated this 29th day of September, 2022.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge