UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EZEKIEL TRAIVON BONDS,

                Plaintiff,

   v.

TIMOTHY PILAND,

                Defendants.

Case No. C22-5522 RAJ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    plaintiff's IFP is DENIED; and

(3)    plaintiff's action is DISMISSED without prejudice for failure to prosecute.

Dated this 17th day of October, 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1